IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:99CR11-14-V

| | |
|---|---|
| CARLOS ANDREAS PARKS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on its own motion.

It has come to the Court's attention that the above-referenced Petitioner is being housed by the Bureau of Prisons at a location greater than five hundred miles from his residence at the time of his conviction. Petitioner's family has informed the Court that this great distance has resulted in them being unable to visit him. While this Court is aware that it does not have the authority to designate specifically where Petitioner is housed, this Court would respectfully recommend to the Bureau of Prisons that Petitioner be transferred to a facility closer in proximity to North Carolina.

**THEREFORE, IT IS HEREBY RECOMMENDED** that as soon as practical the Bureau of Prisons transfer Petitioner to a facility closer to North Carolina.

Signed: February 12, 2009

Richard L. Voorhees
United States District Judge